IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CR. NO. ___C-15-198___ |
| | § | |
| **Hector Alexander Cabrera** | § | |

## SENTENCING ORDER

On the **30th** day of **April**, 2015 the defendant having pled guilty before the Magistrate Judge, the following Presentence Report is ordered and a sentencing schedule is established:

1. No later than **June 12, 2015**, the United States Probation Office will complete a Presentence Report. It is the responsibility of counsel to obtain the PSI Report. Rule CrLR 32.4, Local Rules of Southern District of Texas. The United States Probation Office will not advise counsel of the completion of the PSI Report.

2. No later than **June 26, 2015**, each counsel shall furnish a written statement to the United States Probation Office stating either that there are objections and describing them or that there are no objections.

3. No later than **July 13, 2015**, the United States Probation Office shall prepare the final Presentence Report and furnish it to the Court and the parties. If objections remain unresolved, the objecting party shall file those objections with the Court no later than **July 16, 2015.** Objections after that date can only be filed with leave of Court. A response will be filed no later than **July 21, 2015**. All objections to the PSI based on law must be supported by reference to the applicable statutes, guidelines, and authorities. The objections must be filed with the Clerk of the Court, with copies provided the same day of filing to the U.S. Probation Officer and the Asst. U.S. Attorney handling the case.

4. On **August 4, 2015 at 2:30 p.m.**, the defendant must appear for sentencing.

5. *U. S. v. Brenes*, 2001 WL 431525 (5th Cir. 2001), holds that 18 U.S.C. 3553(f)(5) requires the defendant to provide information to the government _prior_ to the time of commencement of the sentencing hearing. Failure to debrief as scheduled is not grounds to withdraw defendant's plea of guilty. If defendant intends to debrief with authorities, defendant should notify government no later than **May 12, 2015** that intent and debriefing is ordered to be done no later than **May 19, 2015.**

All parties and their counsel and the United States Probation Office shall comply fully with Local Rule 32 in the completion and review of the Presentence Report.

ORDERED this **30th** day of **April**, 2015.

*By order of the Court*

*Nelva Gonzales Ramos*
*United States District Judge*